AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
AUG 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| Cesar Fabian GUERRERO Torres | ) Case No. |
| | ) |
| | ) 1: 18 MJ 0 0 1 4 1 EPG |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2018__ in the county of __Madera__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Possession of controlled substance with the intent to distribute. |
| | Penalties: 10 years mandatory minimum to life |
| | Up to $10 million fine |
| | 5 years to life supervised release |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Jeremy Carrillo, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Carrillo, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16, 2018

_____
*Judge's signature*

City and state: Fresno, California

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

## I.   AFFIDAVIT

I, Jeremy I. Carrillo, being duly sworn, do hereby declare and state that

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), presently the Fresno, California office. On July 1, 2014, I was assigned to the High Intensity Drug Trafficking Area (HIDTA), High Impact Investigation Team (HIIT), formally the Fresno Methamphetamine Task Force (FMTF) where I am a Task Force Agent. I have been employed as a HSI Special Agent (S/A) for approximately eight years. As part of my daily duties as a HSI SA, I investigate narcotics offenses in violation of 21 USC § 841(a)(1) and the California Health and Safety Code. I have received training in the area of federal narcotic offenses and am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator and Immigration and Customs Enforcement Special Agent Training Programs. Prior to my appointment with HSI, I was employed as a Special Agent with the United States Postal Service, Office of Inspector General for approximately two years. I am a graduate of the United States Postal Service Basic Inspector Training Program. In December 2007 I received my Bachelor of Science degree in the field of Criminology, Law Enforcement, from California State University, Fresno.

2. I have received approximately 40 hours of clandestine drug laboratory training certified through the California Department of Justice and an additional 8 hours of re-certification for the past three years. I have also received additional training at the 2015 and 2016 California Narcotic Officer's Association conferences related to the identification and detection of illegal drugs.

3. My present assignment consists of investigating narcotic offenses, including the production, importation, transportation, distribution, and sales of numerous illicit drugs. These investigations specifically include, but are not limited to, investigations of subjects and/or criminal organizations involved in the manufacturing and/or trafficking of heroin, methamphetamine, precursor chemicals, marijuana, cocaine, and various other narcotics. I am familiar with, and have participated in, all of the conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, general questioning of witnesses, state and federal search warrants, confidential informants, pen registers, trap and trace, and the use of undercover agents. I have participated in several investigations involving the commission of felony narcotics and conspiracies. I have authored multiple

Affidavit in Support of Complaint                           1

state and federal search warrants. I have worked and conferred with various experienced law enforcement officers who were trained in narcotic investigations, and I have drawn from their knowledge and expertise in the field of narcotic enforcement. I have spoken with and arrested various suspects engaged in the distribution and sales of controlled substances.

4. This affidavit is made in support of criminal complaint charging **Cesar Fabian GUERRERO Torres (hereinafter "GUERRERO")** with possession of controlled substances with the intent to distribute, including methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1). The facts stated in this affidavit are based upon my personal knowledge and law enforcement reports, which I have received, and upon my conversations with others that have personal knowledge pertaining to this case. I have not included every detail of this investigation in this affidavit. I have included only that amount of information that is necessary to establish probable cause for the purpose charging GUERRERO with the aforementioned violation.

## STATEMENT OF PROBABLE CAUSE

5. On August 13, 2018, Fresno Police Detective Jose Rivera, assigned to the HIDTA/HIIT Task Force, told me he was scheduled to meet with **GUERRERO** while operating in an undercover (UC) capacity on August 13, 2018. **GUERRERO** was going to sell Detective Rivera 24 pounds of crystal methamphetamine for the price of $2,700.00 per pound. Detective Rivera had been in telephone communication with **GUERRERO** on August 13, 2018. **GUERRERO** told Detective Rivera his vehicle had broken down in Madera and he was staying at the Knights Inn Hotel in Madera.

6. Law enforcement agents set up surveillance on the Knights Inn Hotel located at 1855 W. Cleveland Avenue, Madera, California, in the Eastern District of California. At 10:45 A.M., Detective Rivera established communication with **GUERRERO** by cellular telephone. **GUERRERO** was utilizing a Mexico telephone number. Detective Rivera told **GUERRERO** to walk out of his hotel room and proceed to the parking lot near the Perkos restaurant on the south side of the hotel. Detective Rivera told **GUERRERO** to bring out the crystal methamphetamine as well as his belongings.

7. At 10:55 A.M. Fresno County Sheriff Sergeant Rich Conningsby observed a subject appearing to be **GUERRERO** walking out of a hotel room wearing a blue shirt, shorts, and carrying two pieces of luggage to include a large duffle bag over his shoulder. **GUERRERO** walked to the south

Affidavit in Support of Complaint        2

side of the parking lot towards the Perkos restaurant. At this time, Madera County Sheriff Deputy Miguel Hernandez and Deputy E. Jackson arrived on the parking lot in a marked law enforcement vehicle. Both Deputies were wearing law enforcement markings. Both contacted **GUERRERO**. Deputy Hernandez asked **GUERRERO** if he possessed identification. **GUERRERO** produced a United State Border Crossing Card. **GUERRERO** was identified by this identification. **GUERRERO** appeared to be nervous while Deputy Hernandez talked to him in the Spanish language. Deputy Hernandez asked **GUERRERO** if he possessed anything illegal. GUERRERO looked at the bag he had earlier carried over his shoulder and told Deputy Hernandez he possessed "ice" and also stated "crystal."

8. Deputy Hernandez understood these terms as language, often utilized, to describe crystal methamphetamine. Deputy Hernandez searched the bag and found 24 plastic packages which appeared to contain crystal methamphetamine. Also found with the illegal drugs was a card depicting the image of Santa Muerte. **GUERRERO** was then placed in handcuffs and arrested for violation of California drug laws. Deputy Hernandez advised **GUERRERO** of his constitutional rights (Miranda warning). **GUERRERO** understood and waived his rights. When asked why he possessed a large amount of illegal drugs, **GUERRERO** stated he was to deliver the drugs to someone else. **GUERRERO** stated he had crossed into the U.S. on Saturday, August 11, 2018. **GUERRERO** did not know who he was to deliver the drugs to and subsequently invoked his right to counsel.

9. On August 13, 2018, I learned **GUERRERO**, in fact, crossed into the U.S. from Mexico through the San Ysidro Port of Entry. **GUERRERO** was a passenger in an orange colored Nissan Versa four-door car with Baja California, Mexico license plate B25-NRH-7. Also in the vehicle was Itzia Guadalupe Guerrero Vazquez, and Yamilet Itzamar Vazquez Santos. This vehicle was located by law enforcement agents parked near Farnesi's Restaurant, 2085 W. Kennedy Street, Madera, California.

10. On August 16, 2018, Detective Rivera and I conducted a presumptive test on a sample of the suspected crystal methamphetamine seized from **GUERRERO**. The presumptive test yielded positive for the presence of methamphetamine. The methamphetamine weighed approximately 11,632.9 grams (25.64 pounds).

11. I believe **GUERRERO** was involved in the illegal transportation of illegal drugs, crystal methamphetamine. I believe **GUERRERO** was transporting the illegal drugs from/through California

Affidavit in Support of Complaint                3

and was in transit to meet with the Detective Rivera for the purpose of selling Detective Rivera the illegal drugs. Based on the amount of illegal drugs seized, I believe the drugs were intended for distribution as a part of a larger scale drug enterprise. I also know the card of Santa Muerte found with the illegal drugs is a saint/icon popularized by many Mexico based drug traffickers. Drug traffickers will often carry images of Santa Muerte for protection against being arrested or compromised by law enforcement.

## II.    CONCLUSION

12.    Because this Affidavit is written solely for the purpose of establishing probable cause to pursue criminal charges, not all results of this investigation have been included herein. Based on the foregoing evidence in this affidavit, I conclude there is probable cause to believe that **GUERRERO** violated the provisions of Title 21 U.S.C. Section 841(a)(1), possess controlled substances with the intent to distribute, including methamphetamine.

Jeremy Carrillo, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me, and subscribed in my presence, this __16__ day of August, 2018.

Honorable Erica P. Grosjean
United States Magistrate Judge

Reviewed and approved as to form and content this 16th day of August, 2018.

/s/ Laurel J. Montoya
Laurel J. Montoya
Assistant U.S. Attorney

Affidavit in Support of Complaint                4